# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| STEPHANIE WEIST,<br><br>       Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINEMENT, INC., et al.,<br><br>       Defendants. | Case No.: 20-CV-1278 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION STIPULATING CAP TO PLAINTIFF'S DAMAGES AND REMAND OF REMOVED ACTION [DOC. 4]** |
|---|---|

Having reviewed the Joint Motion Stipulating Cap to Plaintiff's Damages and Remand of Removed Action filed by Plaintiff Stephanie Weist ("Plaintiff") and Defendant SeaWorld LLC ("Defendant") it is **HEREBY ORDERED** as follows:

- The Plaintiff's total damages shall not exceed $74,795.00;
- The case is **REMANDED** to San Diego Superior Court.

**IT IS SO ORDERED.**

Dated:  August 13, 2020

*[signature]*

Hon. Thomas J. Whelan
United States District Judge